**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------------x

KATHLEEN FLYNN & DAN FLYNN, H/W    :  CA NO.: 5:25-CV-03434-CH

          Plaintiffs,    :

    v.    :

 

NATIONAL RAILROAD PASSENGER    :
CORPORATION A/K/A AMTRAK    :

          Defendant.    :

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant National Railroad Passenger Corporation ("Amtrak") in the above-captioned matter.

                    Respectfully submitted,

                    */s/ Mark Derner*
                    Mark Derner, Esq.
                    Landman Corsi Ballaine & Ford P.C.
                    One Penn Center
                    1617 JFK Blvd, Suite 955
                    Philadelphia, PA 19103
                    Tel. (215) 561-8540
                    Fax. (215) 988-1215
                    Pa. ID. 332156
                    Attorneys for Defendant
                    National Railroad Passenger Corporation
                    ("Amtrak")

Dated: July 14, 2025

4913-5092-5397v.1