## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

x

**KATHLEEN FLYNN & DAN FLYNN, H/W** : **CA NO.: 5:25-CV-03434-CH**

Plaintiffs,

v.

**NATIONAL RAILROAD PASSENGER
CORPORATION A/K/A AMTRAK**

Defendant.

x

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance on behalf of defendant National Railroad Passenger

Corporation ("Amtrak") in the above-captioned matter.

Respectfully submitted,

/s/ *Yuri J. Brunetti*
Yuri J. Brunetti, Esq.
Landman Corsi Ballaine & Ford P.C.
One Penn Center
1617 JFK Blvd, Suite 955
Philadelphia, PA 19103
Tel. (215) 561-8540
Fax. (215) 988-1215
Pa. ID. 85956
Attorneys for Defendant
National Railroad Passenger Corporation
("Amtrak")

Dated: July 14, 2025

4901-4965-0517v.1