# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **KATHLEEN FLYNN & DAN FLYNN, H/W** | : | **CA NO.: 5:25-CV-03434-CH** |
|  | : |  |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| **NATIONAL RAILROAD PASSENGER** | : |  |
| **CORPORATION A/K/A AMTRAK** | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

**DECLARATION OF SUNIL TEWARI
IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, **Sunil Tewari** being of full age, hereby declare under penalty of perjury:

1.      I am employed as Vice President, Digital Technology Revenue and Customer Experience Technology at National Railroad Passenger Corporation ("Amtrak"). I make this declaration based on my personal knowledge and my review of business records and files available to me and kept in Amtrak's ordinary course of business.

2.      Except as otherwise indicated, I have personal knowledge of all matters contained in this Declaration.

3.      In my capacity as Vice President, Digital Technology Revenue and Customer Experience Technology, I oversee the platform on which passengers purchase tickets online and through Amtrak's mobile app.  I also oversee the technological solution delivery of the Terms and Conditions enhancements, and the technological platform on which passengers agree to the Terms and Conditions prior to purchasing Amtrak tickets online or through the app.  I am an authorized custodian of Amtrak's records pertaining to passenger sales and the documents described herein.

4.      Amtrak is a national rail operator, operating trains that travel to more than 500

4927-6682-6082v.2

destinations in 46 states, the District of Columbia, and three Canadian Provinces.

5.      In order to purchase a ticket from Amtrak, whether on the website, mobile website, or app, customers must affirmatively accept Amtrak's Terms and Conditions, which include a mutual agreement to arbitrate any claims between the customer and Amtrak or Amtrak's host railroads ("Arbitration Agreement").

6.      Before customers can complete the ticket purchase, they must click a box affirming that they "have read and agree to the terms and conditions, including the binding arbitration agreement…."  This provision also contains a link directly to the Terms and Conditions which may be found at https://www.amtrak.com/terms-and-conditions.html.

7.      Customers cannot complete their ticket purchase until the box signaling agreement to the Terms and Conditions including the Arbitration Agreement is checked.

8.      In addition to the online Arbitration Agreement acknowledgement requirement, following the purchase of a ticket, passengers are sent an e-mail receipt confirming their ticket purchase, which includes the following statement:

> Summary of Terms and Conditions: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder. The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.

9.      Based on my review of Amtrak's records kept in the ordinary course of business, including the Passenger Name Reservation ("PNR") attached as **Exhibit B** to Amtrak's Motion to Compel Arbitration, on June 19, 2023, passenger Kathleen Flynn purchased one ticket to travel

2

4927-6682-6082v.2

round trip from Lancaster to Philadelphia leaving from Lancaster on July 6, 2023 and returning from Philadelphia to Lancaster on Train 669 on July 15, 2023.

10.    While purchasing this ticket on June 19, 2023, Ms. Flynn affirmatively clicked the box stating that she read and agreed to the Terms and Conditions.

11.    Amtrak's records demonstrate that Ms. Flynn agreed to version 2.9.22 of the Terms and Conditions and is attached to this Declaration as **Exhibit C.**

12.    Version 2.9.22 of the Terms and Conditions includes the Arbitration Agreement. (<u>See</u> Exhibit C).

**I hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that I have reviewed this Declaration, and that the foregoing is true and correct. Executed on the date indicated below.**

*Sunil Tewari*
_____
Sunil D. Tewari


Dated: 09/04/2025

3

4927-6682-6082v.2