**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KATHLEEN FLYNN, et al.** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  25-3434** |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION A/K/A AMTRAK** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 7th day of May, 2026, upon consideration of the Defendant's Motion to Compel Arbitration (ECF No. 10) and the responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED** in part.  It is further **ORDERED** as follows:

1. Plaintiff Kathleen Flynn's causes of action against Defendant (Counts I and II) shall be submitted to arbitration.

2. The case is **STAYED** pending Plaintiff Kathleen Flynn's arbitration.

3. The parties shall submit a joint status report to the Court by **November 6, 2026**, or within 7 days of any arbitration proceedings, whichever occurs first.

**BY THE COURT:**

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**